CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHRIS LANGER,
          Plaintiff,
v.

CHARLES JUN AHN, in individual and representative capacity as trustee of the Ahn Family Revocable Trust; LISA OAKS AHN, in individual and representative capacity as trustee of the Ahn Family Revocable Trust; ARBAT ENTERPRISES, INC., a California Corporation; and Does 1-10,
          Defendants.

**Case:** 2:18-CV-02231-JFW-PLA

**Plaintiff's Notice of Voluntary Dismissal With Prejudice**

**Fed. R. Civ. P. 41(a)(1)(A)(i)**

    **PLEASE TAKE NOTICE** that Plaintiff Chris Langer, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    Defendants Charles Jun Ahn, in individual and representative capacity as trustee of the Ahn Family Revocable Trust, Lisa Oaks Ahn, in individual and representative capacity as trustee of the Ahn Family Revocable Trust and Arbat Enterprises, Inc., a California Corporation have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: May 17, 2018        CENTER FOR DISABILITY ACCESS

                By: /s/ Phyl Grace
                    Phyl Grace, Esq.
                    Attorneys for Plaintiff